

| | | | |
|---|---|---|---|
| Com. v. Jones | 3291 EDA 2014 Remanded Jurisdiction Retained | 06/20/2016 | CP–51–CR–0015505–2008 (Philadelphia) |
| Com. v. Yelverton | 3384 EDA 2014 Affirmed | 06/20/2016 | CP–09–CR–0001105–2014 (Bucks) |
| Com. v. Marion | 495 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0014384–2013 (Philadelphia) |
| Com. v. Harris | 741 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0002493–2008 (Philadelphia) |
| Com. v. Dercole | 1491 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0013541–2014 (Philadelphia) |
| Com. v. Garabito | 1670 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0000468–2010 (Philadelphia) |
| Com. v. Johnson | 1709 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0012567–2014 (Philadelphia) |
| Com. v. Sanders | 2159 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0004906–2014 (Philadelphia) |
| Com. v. Tillman [17] | 2179 EDA 2015 Affirmed | 06/20/2016 | CP–39–CR–0002478–2005 (Lehigh) |
| Com. v. Lacey | 2346 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0003937–2008 (Philadelphia) |
| Bograd v. Greenwich Ins. Co. | 2594 EDA 2015 Affirmed | 06/20/2016 | No. 2014–07092 (Bucks) |
| Com. v. Herbert | 2663 EDA 2015 Affirmed | 06/20/2016 | CP–51–CR–0006142–2014 (Philadelphia) |
| Com. v. Martin | 2793 EDA 2015 Affirmed | 06/20/2016 | CP–48–CR–0003114–2014 (Northampton) |
| Com. v. Metts | 3048 EDA 2015 Remanded Jurisdiction Retained | 06/20/2016 | CP–23–CR–0008095–2013 (Delaware) |
| Com. v. Herder | 3238 EDA 2015 Affirmed | 06/20/2016 | CP–09–CR–0001295–2010 (Bucks) |
| Com. v. Long | 70 MDA 2015 Affirmed | 06/20/2016 | CP–67–CR–0005848–2013 (York) |

17. Petition for reargument denied August 31, 2016.